| Attorney or Party without Attorney:<br>Philip L. Fraietta (SBN 354768)<br>Bursor & Fisher, P.A.<br>50 Main Street Suite 475<br>White Plains, NY 10606<br>  Telephone No:  (925) 300-4455 | | For Court Use Only |
|---|---|---|
| *Attorney For:*  Plaintiff STEFFAN MILLER, on behalf of himself and all others similarly situated | *Ref. No. or File No.:*<br>4232 AutoNation ROP | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:*  STEFFAN MILLER, on behalf of himself and all others similarly situated
*Defendant:*  AUTONATION, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:26-cv-00904 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3.   a.  *Party served:*  AUTONATION, INC.
     b.  *Person served:*  Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:*  251 Little Falls Drive, Wilmington, DE 19808

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Apr 23 2026 (2) at: 03:00 PM

6. **Person Who Served Papers:**
   a. William Besco
   b. FIRST LEGAL
      110 West A Street #750
      SAN DIEGO, CA 92101
   c. (619) 231-9111

             d. *The Fee* for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

         04/23/2026
         (Date)               (Signature)


FIRSTLEGAL

        PROOF OF
        SERVICE

        15739926
        (6313069)